UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM WARREN CHILDS,<br><br>            Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING SOCIAL SECURITY COMMISSIONER,<br><br>            Defendant. | Case No. CV-20-149-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioners decision is REVERSED and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated this 3rd day of February, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Annie Puhrmann, Deputy Clerk